Ella STRONG, Appellant,

v.

The STATE of Texas, Appellee.

No. 28665.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

Garth Anderson SHELLY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28700.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawfully carrying a pistol is the offense; the punishment, a fine of $400.

The record before us contains no statement of facts. The bill of exception appearing in the record can not be appraised in the absence of a statement of facts.

The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.